IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON DANIEL MUELLER,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTION CARE SOLUTIONS, and BRAD JOHNSON,<br><br>Defendants. | **4:17CV3091**<br><br>**MEMORANDUM AND ORDER** |

On August 18, 2017, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. ([Filing No. 9](#).) Plaintiff was later granted an extension to October 18, 2017, to file an amended complaint. Additionally, on October 25, 2017, the court ordered Plaintiff to update his address with the court within 30 days or face dismissal of this action. ([Filing No. 13](#).) To date, Plaintiff has not filed an amended complaint, updated his address, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 5th day of December, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge