IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON DANIEL MUELLER,<br><br>                 Plaintiff,<br><br>vs.<br><br>CORRECTION CARE SOLUTIONS,<br>and BRAD JOHNSON,<br><br>                 Defendants. | **4:17CV3091**<br><br>**MEMORANDUM<br>AND ORDER** |

      This matter is before the court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis ("IFP") (Filing No. 17) and correspondence which the court liberally construes as a motion to amend his complaint (filing no. 18). The court dismissed this matter without prejudice on December 5, 2017, after Plaintiff failed to file an amended complaint and update his address as ordered by the court. (Filing No. 14; Filing No. 15.) Copies of the court's Memorandum and Order and Judgment dismissing this matter were returned to the court as undeliverable at Plaintiff's last known address (the Lancaster County Department of Corrections). (Filing No. 16.) Because this matter is closed and has been so for over a year, the court will deny Plaintiff's motions.

      If Plaintiff wishes to pursue his claims against Defendants Correction Care Solutions and Brad Johnson, then he must file a new and separate action. Plaintiff is advised that he will be required to pay the court's filing fee for any new civil action he files. *See* 28 U.S.C. § 1915(b).

      IT IS THEREFORE ORDERED that:

      1.     Plaintiff's Motion for Leave to Proceed IFP (filing no. 17) is denied as moot.

2. Plaintiff's correspondence, which the court construes as a motion to amend his complaint, ([filing no. 18](#)) is denied.

3. The clerk of the court is directed to update Plaintiff's address using the address indicated on the envelope included with Plaintiff's IFP motion and correspondence. The clerk of the court is further directed to send a copy of the court's December 5, 2017 Memorandum and Order ([filing no. 14](#)) and Judgment ([filing no. 15](#)) along with this order to Plaintiff at his new address.

Dated this 15th day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge